No. 89–1731.   PATTERSON *v.* FEDERAL BUREAU OF INVESTIGATION ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 89–1734.   CASSIDY *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 7th Cir.   Certiorari denied.

No. 89–1735.   POZSGAI *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 89–1737.   EMMENS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 89–1744.   BISHOP, PERSONAL REPRESENTATIVE AND SOLE SURVIVING HEIR FOR THE ESTATE OF BISHOP *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 89–1758.   PENNY *v.* TEXAS.   Ct. App. Tex., 5th Dist. Certiorari denied.

No. 89–1765.   FLORIDA DEPARTMENT OF LABOR AND EMPLOYMENT SECURITY *v.* UNITED STATES DEPARTMENT OF LABOR. C. A. 11th Cir.   Certiorari denied.

No. 89–1770.   TELESTAR, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 89–1773.   GWIN *v.* G. D. SEARLE & CO.   C. A. 9th Cir. Certiorari denied.

No. 89–1774.   KERSTING *v.* UNITED STATES ET AL.; and
No. 89–1775.   HONGSERMEIER ET AL. *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.   Reported below: 891 F. 2d 1407.

No. 89–1778.   BROWN ET AL. *v.* GOULD ET AL., JUDGES, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH. C. A. 10th Cir.   Certiorari denied.